1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   William Carrico
3  Assistant Federal Public Defender
   State Bar No. 003042
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6
7  Attorney for Jeffrey Abraham

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY ABRAHAM,<br><br>Defendant. | 2:12-CR-395-GMN-VCF<br><br>UNOPPOSED MOTION AND ORDER TO EXTEND OCTOBER 7, 2013 <u>SELF SURRENDER DATE</u> |

The Defendant, Jeffrey Abraham, by and through his counsel, William C. Carrico, Assistant Federal Public Defender, hereby requests an extension of fourteen (14) days to his October 7, 2013 self surrender date. This request is based upon the attached Memorandum of Points and Authorities, and all pleadings and papers previously filed herein.

DATED this 3rd day of October, 2013.

                        RENE L. VALLADARES
                        Federal Public Defender

                        */s/ William C. Carrico*
By: _____
                        WILLIAM C. CARRICO,
                        Assistant Federal Public Defender

## MEMORANDUM OF POINTS AND AUTHORITIES

On August 20, 2012, this court issued an Amended Judgment (CR #51) wherein Mr. Jeffrey Abraham was sentenced to 37 months in the custody of the Bureau of Prisons, among other sanctions. This Court ordered that Mr. Abraham self-surrender by 12:00 noon on Monday, October 7, 2013.

Mr. Abraham informed the undersigned, that as of October 2, 2013, he had not received a formal designation to a facility to which he could self-surrender, as was also ordered by the Court (CR #50). Counsel contacted the local office of the U.S. Marshal, and their records also reflect that there is no formal designation as yet for Mr. Abraham. Mr. Abraham's designation should entail no special consideration other than he would likely be considered a very low-level drug offender. Therefore, the delay in designation is most like the result of a combination of factors such as high volume and overcrowding at most facilities.

Neither the Government nor Pre-trial Services has any opposition. Mr. Abraham has continued to remain compliant post-sentencing.

## CONCLUSION

Mr. Abraham hereby requests the court to extend his self surrender date from October 7, 2013 to a date in the future but no sooner than fourteen (14) days.

DATED this 3rd day of October, 2013.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ William Carrico*
WILLIAM CARRICO,
Assistant Federal Public Defender
Counsel for Jeffrey Abraham

## ORDER

**IT IS HEREBY ORDERED** that Defendant shall self surrender at the institution designated by the Bureau of Prisons before 12 p.m. on Monday, 10/21/2013.

**IT IS SO ORDERED** this 4th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge